IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HELEN BRANCHAL,

    Plaintiff,

v.   No. 1:16-CV-985-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand to Agency for Rehearing [Doc. No. 18] in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff.

_____
**KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE**